IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| LARRY OWENS III | Violations:  21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A)(vi), and 841(b)(1)(C); 18 U.S.C. § 2 |

COUNT ONE

**Possession with Intent to Distribute a Controlled Substance – Fentanyl (400 grams or more)**

The Grand Jury Charges:

On or about September 15, 2020, in the District of North Dakota,

LARRY OWENS III,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of Fentanyl (400 grams or more), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi), and Title 18, United States Code, Section 2.

## COUNT TWO

**Possession with Intent to Distribute a Controlled Substance – Fentanyl**

The Grand Jury Further Charges:

On or about June 10, 2020, in the District of North Dakota,

LARRY OWENS III,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of Fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

JAE:sj